R.J. Kulick                        (Full Name)

38122 Village 38                   (Address Line 1)

Camarillo, CA 93012                (Address Line 2)

310-474-1848                       (Phone Number)

Plaintiff in Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT

**DEC 26 2023**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

R.J. Kulick

                Plaintiff,

        vs.

James Murchie, Marlynn Block,
Richard Loomis, Ruth Stubba,
Charles Kiskaden, Christi
Moore, Leisure Village Assoc-
iation, Inc., Jeffrey A. Bea-
umont, Lisa A. Tashjian, Tara
Radley, Beaumont Tashjian,
& Does 1-100, Inclusive.

                Defendant(s)

Case No.: **2:23-CV-10915-UA**

(To Be Supplied By The Clerk)
Complaint For;
(1)  Pattern In Violation Of
     Americans With Disabilit-
     ies Act of 1990;
(2)  Pattern In Violation Of
     Fair Housing Act (42 U.S.
     C. #3601);
(3)  Pattern In Breach Of Cont-
     ract;
(4)  Pattern In Racketeering
     Influence & Corrupt Organ-
     ization;
(5)  Notice Of Filing Magistra-
     te Judge's Report & Recom-
     mendations Before This
     Court Dismisses The Case
     For Any Reasons;
(6)  (Proposed) Order For Emer-
     ency Injunction;
(7)  Declaratory Relief; And,
(8)  Injunctive Relief.
            Jury Demand

## I. Jurisdiction

1. Under 28 U.S.C. Section 1331 (federal question) & Violation

of ADA of 1990 & Violation Of     Fair Housing Act (42 U.S.

C.) & U.S. Constitution's Articles (1),(V11),(V111)(1X),(X1V

1  Section 1.) & related Declaration of Independence & Charter of

2  United Nations  & Common Law & all other applicable related

3  rights under U.S. Constitution & U.S. gov't regulatory agencys

4                          II. Venue

5  2. Venue is proper pursuants to all Defendnat(s) since doing

6  business at: 200 Leisure Village Dr., Camarillo, CA 93012

7                          III. Parties

8  3. Plaintiff's name is R.J. Kulick, Owner (Titleholder) at:

9  38122 Village 38, Camarillo, CA 93012, a property in the

10  Leisure Village Association, Inc., since 1987, a HOA under

11  CA-Davis-Stirling Common Interest Developement Act, a family

12  owned LVA property since 1979.

13  4. All Defendant(s): James Murchie, Marlynn Block, Richard

14  Loomis, Ruth Stubba, Charles Kiskaden, Christi Moore, Leisu-

15  re Village Association, Inc., Jeffrey A. Beaumont, Lisa A.

16  Tashjian, Tara Radley, Beaumont Tashjian, doing business at:

17  200 Leisure Village Dr., Camarillo, CA 93012.

18                    IV. Statement of Facts

19  1. Since, "patterns" of questionable, fraudulent practices

20  has not stopped, there can not be any Statute of Limitations.

21  2. Kulick reserves the right to provide any add'l facts re-

22  lated to this Complaint in any appeals to USCA-9 &/or petit-

23  ion to U.S. Supreme Court.

24  3. Kulick does not have a computer or know how to use one.

25  Kulick is under ADA & suffers from a lifelong Dyslexia

26  condition. Which makes it most difficult to read, write &

27  edit what Kulick writes. Kulick daily pain level on a scale

28  of 1 to 10, is usually a pain  level of 8. For Kulick to do.

anything or go anywhere for anything, has become a severe &
1

chronic medical hardship(s). Kulick is an elderly, senior per-
2

son & to keep his mind healthy, he keeps busy, especially with
3

matters of the greatest concern to him, a most extremely diffi-
4

cult undertaking, when his physical, ill-health a most major
5

obstacle to over-come. Kulick redacts in his paperwork to pre-
6

vent any hacking of his vital data to stop any I.D. theft to
7

be used that will cause him a lot of dire consequences.
8

4. Kulick's evidence in support of Cause of Actions that are
9

pertinent in this Complaint, are in its Exhibit A, as follows:
10

Village Voice, Oct/23, edition & its Important Notice & its
11

pages 10,11,12 & its scheluded events, especially about trash
12

& street sweeping & 1-20-23 fax to LVA, Attn: BOD, et al &
13

10-20-22 fax to LVA, Attn: BOD & 12-9-23 fax to LVA, Attn:
14

BOD, et al, with copy of only page 1 of USDC Complaint for
15

Eight Causes of Actions-please note the misspelling of "Viol-
16

atiolation" due to Kulick's Dyslexia condition & Leisure Vil-
17

lage News (LVN) Nov/2009 edition with 3 pages & LVN June/2015
18

edition with 2 pages-please note to stop LVN printing Kulick
19

was sued by LVA's BOD-aided/abetted by its attorneys of re-
20

cord & April 24, 2019 letter by Kulick to Owners & 7-15-10
21

fax to Ronald George & two Kaiser Rxs dated 9-23-10 & 10-13-
22

17 document by Dr. Ney & 9-14-21 document by Roda DDS & Kais-
23

er document dated 9-21-21 with 2 pages & 6-7-22 document by
24

Dr. Lieb & 8-29-22 fax to Dr. Lieb & 2-23-23 document from
25

CA DMV & 9-13-23 document by VC's meals on wheels to Kulick
26

& U.S. BK ck#9046, especially in RE: its MEMO/mailing envelope
27

's notation(s) a direct bearing in add'l to this case matter.
28

5. The U.S. Rule of Law is only operative as mandated in U.S. Constitution. Which is the only supreme contract between the Federal & State govn't(s) & the Citizens of the U.S.A. A Republic under God as a Christain nation. As written & established by its Founders. It's unambiguous that it mandated that all laws must be =ratified by State legaislatures to become a law or an amendment. Any Rules of any Federal or State Courts are not Constitutional unless ratified by State lehislatures. Inthe implicit foregoing, this USDC must incorporate into this Complaint case matter, USDC Case #CV23-6474-GW-(BFM). Otherwise, Kulick as a Citizen is denied equality, fairness & Due Process. This also applies to USDC, Central District of CA, Civil Cover Sheet's item #1X(b) since this Court has access via its computer to a lot of more related/inter-related cases that Kulick in Pro Per has been the Plaintiff in. This will in part prevent Kulick not getting as assured him as a Citizen in the U.S. Constitution, his rigts to equality, fairness & Due Process in any Court whether Federal or State. It's implicit here that the U.S. Constitution's original/living intents not be breached byFederal/State Courts by its Judges or any of the Court's Officers of the Court That subjects(those)that have enaged in this being "breached " to be recused from whatever case matter before them. Kulick does not doubt the honorability of Judges, only when in error that "breached" has taken place. Which is an injustice to the U.S. Rule of Law as mandated in the U.S. Constitution. Further, it would be a conflict of interests by a Judge to ignor "origina/living Intents" in above, a grossest of error.

4

1  That also includes a discrimination by any Court, with grounds

2  for appeal to USCA-9 & if necessary the U.S. Supreme Coort.

3  Especia;lly when Kulick does not have a computer &- under ADA

4  & other factual, prevailing circumstances. The above is self-

5  evident for this Complaint for this Court's consideration.

6  All the above is a matter of laws cited/implicit by Kulick in

7  this case matter.

8                         V. Cause of Action

9                       First Cause of Action

10  (Pattern In Violation Of Americans With Disabilities Act of

11  1990) (As Against Defendant(s): and Does 1-100, Inclusive)

12  1. Evidence in support in Exhibit A, page 3, item #4

13                      Second Cause of Action*

14  1. Evidence in support in Exhibit A, page 3, item#4.

15  2.Evidence in support in Exhibit A, page 3, Item #4 as it re-

16  lates to page 4, item #5 in RE: USDC, Case#2:22-CV-06742-MEFM

17  Asx & CA, Civil Cover Sheet's item #1X(b) & Cause of Action

18  "(3)" of that case matter Complaint.*(Pattern In Violation Of

19  Fair Housing Act (42 U.S.C.#3601) (As Against Defendant(s):

20  and, Does 1-100, Inclusive)

21                       - Third Cause of Action

22  Pattern In BreachOf Contract) (As Against Defendant(s): and,

23  Does 1-100, Inclusive)

24  1. Evidence in support in Exhibit A, page 3, item #4 &  as it

25  relates to page 4, item#5 in RE: USDC, Case #2:22-CV-06742-

26  MEFM-Asx & CA, Civil Cover Sheet's item #1X(b) & its Third

27  Cause of Action

28                       Fourth Cause of Action

5

1  (Pattern In Racketeering Influence & Corrupt Organizations)
2  (As Against Defendant(s): and, Does 1-100, Inclusive)
3  1. Evidence in support in Exhibit A, page 3, item#4 & as it
4  relates to page 4, item#5 in RE: USDC, Case#2:22-CV-06742-MEFM
5  Asx & CA, Civil Cover Sheet's item #1X(b) & its Third Cause of
6  Action & please note: extortion in the form of fines & liens
7  on proerties against Owners (Titleholder) for failure to comply
8  to an Invalid & Unconstitutional contract as designated
9              Fifth Cause of Action
10 (Notice Of Filing Magistrate Judge's Report & Recommendations
11 Before This Court Dismisses The Case For Any Reasons) (As
12 Against Defendant(s): and, Does 1-100, Inclusive)
13 1. Evidence in support in Exhibit A, page 3, item #4 & as it
14 relates to page 4, item #5, please note: that nowhere in the
15 U.S. Constitution does it state that two poltical parties
16 select potential Judges for nomination to sit on Federal bench
17 via the U.S. Senate's nominating comte. Those nominated must
18 adher to that political party(s)'s idealogy, otherwise will
19 notget nominated. That sitting Judgeincorporatethat idealogy
20 into their opinion(s) into their ruling. This is a circumvent-
21 ion of not just "original/living intents" but renders the
22 U.S. Rule of Law null/void. Which was further circumvented by
23 Chief Jusrice Marshall, giving the Judicial Branch dominance
24 over the Executive/Legislative Branches, an Unconstitutional
25 seizure of power not stated in the U.S. Constition. Now,
26 there's no balance of power & until this is restored any
27 Federal Court decisions are self-evidently Unconstitutional.
28 Kulick like millions of others rec'd an Honorable Discharge

Pro Se Claim Form              Page Number

from the U.S. military. We put our lives on the line for this
U.S. Constitution & American way of life. Now, Kulick makes
this Complaint for his day in Court as assured him in the U.S.
Constitution, to put this matter to rest, one way or the other.
Kulick's Pro Per status can not be on the same level as an
attorney at law. That's on its face illogical & nonsense.
Kulick in signing an Client & Attorney contract, are contracts
in a conflict of interests favoring the attorney. This puts
the client at the mercy of a dishonest attorney & a dire of
consequences.The U.S. Constitution does not mention that the
Rules of any Court applies. They are not applicable to Kulick,
especially when they discriminate against him.On that self-evi-
dent basis, Kulick can not be denied a Court hearing, just
a ruling in good conscience whether or not Kulick has merit in
this Complaint.

2. Failure for this determination denys Kulick's rights to
equality, fairness & Due Process under the law.This dterminat-
ion will give Kulick the opportunity to decide whether to dis-
miss this case without prejudice or refile it or prosecute it.
The Defendant(s) rec'd this Complaint via U.S. Priority Mail
with tarcking #(s) & the opportunity to reply to Kulick & this
Court avialable to them, if they do not, then the Court has
the power to make its ruling based on the merits of this
Comolaint. A Summons in this instance, Kulick will issue but
only after this "determination" is given him that this Comp-
aint does have merit.This is a reasonable course of action
for Kulick to undertake, under the factual, prevailing cirums-
tance(s) that currently exist, for protection of his rights &

1  the highest risk of possible huge legal fees to the Defendant-

2  (s)'s attorneys of records, especially, should this Court rule

3  against Kulick in favor of the Defendant(s) in this case matter

4  Then, there's other possible legal fees to the Defendant(s)'s

5  attorneys of record, especially, should an appeal process be

6  undertaken by either party to this case matter. Kulick prays

7  that this Court takes this "determination" as designated by

8  Kulick in the best interest of all parties of concern. However,

9  Kulick reserves the right not to issue a Summons, when a just

10  cause does exist, another reasonable option open to Kulick as a

11  course of action. As designated in Kulick's rights under the

12  U.S. Constitution in this Complaint, in the foregoing instance.

13  3. This Court would be engaged in a double standard by its

14  failure to provide this "determination" In USDC , Case #20-

15  6079 DSF (PVC), R.J. Kulick v. Leisure Village Association,

16  INC., et al, filed on 9-14-20, a Notice Of Filing Of Magistra-

17  te Judge's Report And Recommendation. It's self-evident that

18  this "dtermination" was done prior & there's no reason why

19  this "determiantion can not be made by this Court in this

20  Complaint too. If, this is not true/correct, then this Court

21  must under the U.S. Constitution provide a written explanation

22  other than denying this "determination" to Kulick. This  preve-

23  nts this Court from denying Kulick's rights to equality, fair-

24  ness & Due Process under the U.S. Constitution.

25                    Sixth Cause of Action

26  ((Proposed) Order For Emergency Injunction) (As Against Defen-

27  dant(s): and, Does 1-100, Inclusive)

28  1. Evidence in support in Exhibit A, page 3, Item#4 & as it

relates to page 4, item #5 & page 6, item #1, please note:

that "extortion in the form of fines & liens on properties against Owners (Titleholders) for failure to comply to an Invalid & Unconstitutional contract as designated", which now directly self-evident in two liens on Kulick's LVA property at 38122 Village 38, Camarillo, CA 93012. These were for opposition's attorneys' legal fees of $504,965.00 & $7,185.00.

This is a life & death situation for Kulick, if/when a foreclosure process undertaken on those two liens. Those two liens each have 10% simple interest annually on them. It's self-evident that Kulick suffers from permanent severe/chronic medical hardships under ADA, stroke, Sudden Cardiac Death & Dyslexia conditions. Kulick will not be able to cope being in a homeless situation with those medical hardships. It's self-evident that being forced into that "homeless" situation with those medical hardships, will be a cruel & unusuable punishment for this Court to let happen to Kulick. This is in RE: Case#56-2016-00478277-CU-DF-VTA, in VCSC. The foregoing is related/inter-related to USCA-9, Case #23-3376, currently still in process & if necessary to U.S. Supreme Court for a definitive resolvemnt.

This Court's granting of this "Order" at this time will be an implicit U.S. Constitutional rights Kulick will have equality, fairness & Due Process under the U.S. Rule of Law as assured Kulick as a Citizen under the U.S. Constitution. This Court can not deny Kulick those "rights", that's Unconstitutional.

## Seventh Cause of Action

(Declaratory Relief) (As Against Defendant(s): and, Does 1-100 , Inclusive)

1. Evidence in support, there's an abundance of it in this
Complaint for this Court to grant Kulick whatever this
Court deems appropriate to do.(This)basis are the especialy
self-evident, factual, prevailing cicumstances & the laws
cited by Kulick. The inhumanity of an injustice to force
Kulick into a "homeless situation" a life/death probability
gives this Court the power to prevent.

Eight Cause of Action

(Injunctive Relief) (As Against Defendant(s): and Does 1-100,
Inclusive)

1. The same evidence in support, also rests in above item #1
of the Seventh Cause of Action. Which Kulick prays this Court
also takes into its consideration to grant. It's in the best
interests of all party(s) of concern that whether Kulick or
an other, that their rights under the U.S. Consitution for
equality, fairness & Due Process be not denied them by this
Court. Which Kulick has designated in this Compalint "An in-
justice"as stated in this Complaint "against One is an injust-
ice against all", a self-evident fact of life that can not be
ignored. This is essential for  trust, faith & confidence in
the U.S. Judicial system of justice under the U.S. Rule of
Law as the U.S. Constitution attests to/incorporates.

# VILLAGE VOICE



**Official Publication of Leisure Village Association, Inc.**
**An Active Retirement Community**

**OCTOBER 2023**  **VOLUME 49 ISSUE 10**

## EVENTS OF INTEREST TO ALL

| | |
|---|---|
| **WHAT:** | **Open Board Meeting** |
| **WHEN:** | **November 6, 2023 at 10AM** |
| **WHERE:** | **Assembly Room** |

| | |
|---|---|
| **WHAT:** | **ELECTION DAY** |
| **WHEN:** | **Tuesday, November 7** |

| | |
|---|---|
| **WHAT:** | **THANKSGIVING** |
| **WHEN:** | **Thursday, November 23** |
| | **Offices Closed Thursday & Friday** |

| | |
|---|---|
| **WHAT:** | **DAYLIGHT SAVINGS TIME ENDS** |
| **WHEN:** | **Sunday, November 5** |
| | **Set Clocks Back 1 Hour** |





| | | | |
|---|---|---|---|
| **President** | **Chuck Kiskaden** | 949-636-3601 | kischuck818@gmail.com |
| **Vice President** | **Richard Loomis** | 419-4258 | rloomis657@gmail.cm |
| **Secretary** | **Marlynn Block** | 860-573-3072 | marlynnblock5@gmail.com |
| **Treasurer** | **Jim Murchie** | 407-4912 | jamesmurchie9@gmail.com |
| **Director at Large** | **Ruth Stubba** | 496-7188 | ruthstubba5@gmail.com |
| **General Manager** | **Christi Moore** | 484-2861 | c.moore@leisurevillage.org |
| **LV Website** | | | http://www.leisurevillage.org |
| **LV Gate Pass** | | | gatepass@leisurevillage.org |

EXHIBIT A



# <u>Important Notice</u>

This will be the last printed version of the monthly Village Voice.

If you wish to pick up a printed copy or do not have access to a computer, you can call the

Admin Office at 805-484-2861

All issues of the Village Voice will be available under the Secure Website at Leisurevillage.org

To access the Secure Website please use the following steps:

Sign in to Leisurevillage.org, click on the Member Login box on the right top corner and input your information under the sign-up link.

You will receive a confirmation email with a code. After that your name will appear in the box that formerly read Member Login and next to it is a small drop-down arrow. Here you can find the Directory as well as fill out Green Sheets.

**Thank you!**

EXHIBIT A

revenue estimate of non-assessments. This package will be advanced to the finance committee on October 25th.

## ACTION ITEMS – UNFINISHED BUSINESS

**Agenda Item:** Approval of Revised Board Liaisons.

On the motion of Director Stubba and seconded by Director Block the Board unanimously approved the Revised Board Liaisons.

**Agenda Item:** Approval of Revised Architectural Guidelines (Notification Period not complete).

The Approval of the Revised Architectural Guidelines was tabled until the next Open Board Meeting, since the Notification Period was not completed at this time.

## ACTION ITEMS – NEW BUSINESS

**Agenda Item:** Approval of Bid for Roof Contract for 2023-2024.

On the motion of Director Loomis and seconded by Director Block the Board voted to approve the bid from Elite Roofing for the 2023-2024 Roof Contract in the amount of $1,050,000.00 with Director Murchie voting no.

**Agenda Item:** Approval of Bid for Concrete Contract for 2023-2024.

The Board tabled the Acceptance of the General Pavement Management bid for the 2023-2024 Concrete Contract for $422,307.00 and directed management to reinspect the 51 site areas to evaluate if the list can be modified.

**Agenda Item:** Approval of Appropriation of Funds in the Amount of $1,104.64 for Backup Server for LVTV Videos and Approval of Appropriation of Funds in the Amount of $449.46 for Backup Software for LVTV Videos.

On the motion of Director Kiskaden and seconded by Director Block the Board unanimously voted to approve the Appropriation of Funds in the Amount of $1,104.64 for a Backup Server for LVTV Videos and the Amount of $449.46, for Backup Software for LVTV Videos.

**Agenda Item:** Approval of Appropriation of Funds in the Amount of $4,765.85 for Backup Server for the Administration Office.

On the motion of Director Loomis and seconded by Director Stubba the Board voted unanimously to approve the Appropriation of Funds in the Amount of $4765.85, for Backup Server for the Administration Office.

**Agenda Item:** Approval of Appropriation of Funds in the Amount of $5,998.19 for Air Compressor in Mechanic's Bay.

On the motion of Director Murchie and seconded by Director Loomis the Board unanimously approved the Appropriation of Funds in the Amount of $5998.19 for Air Compressor in Mechanic's Bay.

**Agenda Item:** Approval of Donation from Beaumont Tashjian in the Amount of $500.00 for the 50th Anniversary Celebration.

On the motion of Director Block and seconded by Director Stubba the Board unanimously accepted a donation from Beaumont Tashjian in the amount of $500.00 for the 50th Anniversary Celebration.

*EXHIBIT A*

**Agenda Item:** Discussion of Revision to SPI 300.026, RV Lot Access.

On the motion of Director Kiskaden and seconded by Director Block the Board directed the General Manager, Christi Moore, to place the discussion of SPI 300.026, RV Lot Access, on the next Open Board Meeting Agenda with specific recommendations of fees and what those fees would cover.

**Agenda Item:** Discussion of Revision to SPI 400.004, Services Fees for Leasing of a Home.

On the motion of Director Stubba and seconded by Director Block the Board voted unanimously to approve the revisions to SPI 400.004, Services Fees for Leasing of a Home.

**Agenda Item:** Approval of Donation from the Women's Club in the Amount of $1,500.00 for a Bench for the 50th Anniversary.

On the motion of Director Loomis and seconded by Director Block the Board voted unanimously to accept the Donation of the Women's Club in the Amount of $1500.00 for a Bench for the 50th Anniversary.

**Agenda Item:** Approval of the rewrite of the Buildings & Grounds Charter.

On the motion of Director Loomis and seconded by Director Murchie the Board voted unanimously to approve the Re-write of the Buildings & Grounds Charter as corrected, removing the term limit.

**Agenda Item:** Approval of the rewrite of the Water Committee Cahrter

On the motion of Director Loomis and seconded by Director Murchie the Board voted unanimously to not approve the rewrite of the Water Committee Charter, "The Chair, or a designee, may meet with the General Manager, Superintendent of the Landscape Department and the Irrigation Department as needed to gain information and understand protocols".

**Agenda Item:** Accept Resignation of Deborah Petersen as Co-Chair of the Architectural Committee.

On the motion of Director Murchie and seconded by Director Block the Board voted unanimously to accept the Resignation of Deborah Peterson as Co-Chair of the Architectural Committee.

**Agenda Item:** Approval of James Murchie as Co-Chair of the Architectural Committee.

On the motion of Director Stubba and seconded by Director Loomis the Board voted unanimously, with Director Murchie recusing himself from the vote, to approve James Murchie as Co-Chair of the Architectural Committee.

**Agenda Item:** Discussion of Green Waste Disposal for Residents.

After the Board discussed the Policy for the Green Waste Disposal for Residents the Board decided to keep the current Green Waste Disposal Policy as is, which only allows residents to dump in the 3-yard dumpster.

**Agenda Item:** Discussion of a Rule for Garage Door Usage.

On the Discussion of a rule for Garage Door Usage the Board directed the General Manager, Christi Moore, to obtain Legal Recommendation before drafting a Rule.



EXHIBIT A

11

**Agenda Item:** Consider Filing Lien for Delinquent Assessments on Assessor Parcel Number 170-0-240-155.

On the motion of Director Stubba and seconded by Director Block the Board unanimously voted to place a Lien for Delinquent Assessments on Assessor Parcel Number 170-0-240-155.

**Agenda Item:** Consider Filing Lien for Delinquent Assessments on Assessor Parcel Number 170-0-050-535.

On the motion of Director Stubba and seconded by Director Block the Board unanimously voted to place a Lien for Delinquent Assessments on Assessor Parcel Number 170-0-050-535.

**Agenda Item:** Acceptance of 5-year Financial Plan from the Finance Committee.

The Board tabled the Acceptance of 5-year Financial Plan from the Finance Committee until the next Open Board Meeting on November 6, 2023.

### ANNOUNCEMENTS

- **Open Board Meeting, November 6, 10am, in AR**

---

### *SAFETY & SECURITY*
### *OCTOBER 2023*
### *by Manny Segovia*

---

### Security and Safety Tips

Leisure Village Safety & Security would like to remind you that all vehicles parked inside of Leisure Village must display current registration tags as stated in your Leisure Village directory under article 4.06 (O). All residents and guest owned vehicles parked on LVA common area, including driveways and carports, must display current vehicle registration (state license plate tabs). Residents are responsible for complying; monetary penalties will be issued. Failing to comply and/or fix the violation may result in vehicle removal via tow as stated in article 4.10. Leisure Village trash pickup will now be held on ***Thursdays*** (unless pushed to Friday, due to holiday). Please remember, trash pickup (container) shall not be set out before 4PM the day before the regularly scheduled pickup days. Containers (empty or full) may not stay out later than 8PM the day of pickup. Please see article 19.03 for further information. Residents will be subject to monetary penalties for each violation occurrence. The Safety and Security Department would like to remind those who walk at night of the following    tips. Wear bright clothing (reflective when possible). Cross with caution. It is very easy for a pedestrian to slip into a vehicle's blind spot at night. Make sure you are seen before you cross. Look again in divided intersections. If you're in an intersection with a divider, pause to look again before crossing the second half. Carry a flashlight. Unexpected black-outs and equipment failures can leave you in the dark. Carry a flashlight as a part of your normal walking routine.   Street sweeping is held on the 1st and 3rd Wednesday of every month. Please remove your vehicle off the street to accommodate the street sweeper. You may park your vehicle on Leisure Village Drive and Mountain View Drive after the sweeper has swept both main drives. Please see your Village Voice for Street Sweeping schedule. If you are parked on your street during street sweeping, you may receive a notice of violation that is subject to a fine. Please remove vehicle during the whole duration of your village sweeping schedule, whether it be 9AM-1PM or 1PM-5PM. Street sweeper may sometimes go back and sweep a village a second time.

*EXHIBIT A*

| | **GOLF COURSE FRONT NINE**<br>**CLOSED ON THURSDAYS UNTIL 10:30AM**<br>**GOLF COURSE BACK NINE**<br>**CLOSED ON FRIDAYS UNTIL 10:30AM** |
|---|---|
| **LVA SWIMMING POOL AND SPA HOURS** | **Daily 6:00AM – 10:00PM**<br>**FAMILY HOURS: 12:00-2PM DAILY**<br>**SPA IS CLOSED THURSDAYS FROM 7:00AM–12:00PM FOR CLEANING** |
| **RECREATION FACILITY CLEANING SCHEDULE** | **TENNIS COURTS CLOSED SECOND AND FOURTH FRIDAYS**<br>**From 12:30-2:20PM**<br>**PADDLE TENNIS COURTS CLOSED FIRST AND THIRD FRIDAYS**<br>**From 12:30-2:30PM** |
| **MOWING AND EDGING SCHEDULE WILL BE EVERY WEEK**<br><br>  • **MOWING AND EDGING SCHEDULE SUBJECT TO CHANGE WITHOUT NOTICE DUE TO WEATHER AND GROUND CONDITIONS.**<br>  • **GRASS TRIMMING AROUND BOXES AND MOWING STRIPS OCCUR ON THE SECOND WEEK OF EVERY MONTH ON WEDNESDAY, THURSDAY AND FRIDAY.** | **WE ARE NOW MOWING ON A WEEKLY SCHEDULE. SUBJECT TO CHANGE DUE TO CLIMATIC CONDITIONS** |
| **EVERY THURSDAY IS TRASH PICK UP AND RECYCLE DAY-SEE EXCEPTION.** | **DUE TO THE THANKSGIVING HOLIDAY – TRASH AND RECYCLE WILL BE PICKED UP ON FRIDAY, NOVEMBER 24** |

**STREET SWEEPING SCHEDULE – November 2023**
**WEDNESDAY, 1**
**WEDNESDAY, 15**
**6:30AM-8:00AM – ADMIN PARKING LOT & REC CENTER PARKING LOTS**
**7:30AM-9:00AM – LEISURE VILLAGE DRIVE & MOUNTAIN VIEW DRIVE**
**9:00AM-1:00PM – 1,3,5,7,9,11,4,16,18,20,22,24,26,28,6,8,17,19,23,25**
**1:00PM-5:00PM – 13,14,15,29,31,33,35,37,39,41,30,32,34,38,40,42,44**

**PLEASE REMOVE YOUR VEHICLE FROM THE STREET DURING YOUR TIME OF STREET SWEEPING. PARKING WILL BE ALLOWED ON LEISURE VILLAGE DRIVE & MOUNTAIN VIEW DRIVE. IF YOU ARE PARKED ON YOUR STREET DURING STREET SWEEPING YOU MAY RECEIVE A NOTICE OF VIOLATION THAT IS SUBJECT TO A FINE.**



1-20-23, fax time not reset:  Extremely Urgent fax to: LVA, Attn:
         BOD/G.M., & for BOD to forward a copy of this fax to LVA's
insurance indemnity cos.: From: R.J. Kulick, Titleholder:


Message: Please be advised that if/when LVA moves Village Voice to
LV website,* not just me but other Members, that do NOT have a computer,
will NO longer get Village Voice, which is an illegal action & in
violation of all applicable State/Federal statutes. STOP this to avoid
appropriate litigation against the BOD/G.M./LVA!!! Await IMMEDIATE
written confirm of receipt of this fax/status upon its receipt.
Signed, R.J. Kulick  /W/   c: party(s) of concern
                                    also
*pubished in Village Voice 1/2023 edition: a;so, do NOT list my name,
 with my  residential address on LVA's website, "illegal & vioaltion"-"
 applicable State/Federal statutes!!!"

EX hibit A

~~Refax: Correction~~

10-20-22, fax time not reset: Extremely Urgent fax to: LVA,
     Attn: BOD & for its forward of this fax to LVA's
     indemnity insurance company(s):
From: R.J. Kulick, Titleholder, LVA property owner since 1987, of
               LVA family owned property since 1979:
Subject: Village Voice, 10/22 edition in Ref: "Consider posting it
     (Village Voice) on secure website & only printing &
     making available a small amount for pickup":

1. There's no such thing as a "secure website"!!! Factual evidence
   in support of the foregoing undisputable.
2. If/when  executed, the LVA*will be violating ADA of 1990 &
   discriminating against those that have no computer/ with major
   medical hardships. At that time of "execution" then legal action
   will be taken as applicable violation of U.S. Constitution exist,
   will be resolved via federal court determination!!!

   *et al

3. Under Davis-Stirling Act, either LVA's Secretary or G.M. mandated
   to provide a written confirm of receipt of this fax/status, which
   would be appropriate in this "Extremely Urgent" matter!!!

Signed: R.J. Kulick                c: party(s) of concern

EXHIBIT A

Relax: correction

12-9-23, fax time not reset:   Extremely Urgent/Time Sensitive fax to:
    LVA, Attn: BOD, et al & for BOD to forward a copy of this
    fax to LVA's insurance indemnity companys:

From: R.J. Kulick, Titleholder, LVA property owner since 1987, of family
                            family LVA property since 1979

Subject: 1/20 & 10/20, 2023 faxes to LVA, Attn: BOD, et al, in RE
         Village Voice's "Important Notice, last printed copy monthly
         version (edition)":

Ladies & Gentlement:

1. As of this date, have not rec'd any written replys to above subject
   matters.
2. BOD, et al, have now denied me any matters about LVA's operations
   & status of any changes within those operations. Which is not
   just questionable, fraudulent practices but questionable, violations
   of pertinent/related statutes (laws), per above item #1.
3. It's impossible to get any resolvement of these matters, except via
   appropriate litigation, see enclosed copy of only page 1 of USDC.
   Complaint for Eight Cause of Actions, to be filed. Since, no other
   alternative exist, a self-evident·factual prevailing  circumstance by
   this BOD, et al. This makes it impossible to comply-what's going-on, LVA
4. Question: How does a Titleholder get a monthly verson to know" what's
   going-on" in LVA's matters, when that Titleholder off-site, example in
   L.A or out of State? Especaily when have no computer, like myself &
   under ADA, with mobility impairment to go anywhere for anything for
   pickup at admin. office, like myself too? Which is a medical hardship.
   a. Excuse any typo: errors due to lifelong Dyslexia condition.
   b. Does this BOD, et al, have a good conscience with "What's going-on?
5. Before this litigation against BOD, et al, filed, you have 12-13-23
   to provide a written confirm of receipt of this fax & status to: only
   my LVA mailing address at: P.O. Box 2254, Camarillo, CA 93011 from
   only LVA's G.M. or Secretary in only a LVA mailing envelope & to
   leave a phone message on above 24/7 phone #310 that Villege Voice willb
   mailed to my POB 2254 monthly. Trust you understand my position.       e

Sincerely, R.J. Kulick  M    c: concerned party(s)

(1) page follows in this transmission

*EXHIBIT A*

R.J. Kulick
1
_____  (Full Name)
2  38122 Village 38    (Address Line 1)
3  Camarillo, CA 93012    (Address Line 2)
4  310-474-1848    (Phone Number)
5  **Plaintiff in Pro Per**
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10  R.J. Kulick
11  _____ , )  Case No.: _____  _____
12              **Plaintiff,**      )  (To Be Supplied By The Clerk)
                                     )  Complaint For;
13      vs.                          )  (1)   Pattern In Violation Of
14  James Murchie, Marlynn Block,    )        Americans With Disabilit-
                                     )        ies Act of 1990;
15  Richard Loomis, Ruth Stubba,     )  (2)  Pattern In Violation Of
                                     )       Fair Housing Act (42 U.S.
16  Charles Kiskaden, Christi        )       C. #3601);
17  Moore, Leisure Village Assoc-    )  (3) Pattern In Breach Of Cont-
                                     )      ract;
18  iation, Inc., Jeffrey A. Bea-    )  (4) Pattern In Racketeering
                                     )      Influence & Corrupt Organ-
19  umont, Lisa A. Tashjian, Tara )  (5) Notice Of Filing Magistra-
                                     )      te Judge's Report & Recom-
20  Radley, Beaumont Tashjian,       )      mendations Before This
                                     )      Court Dismisses The Case
21  & Does 1-100, Inclusive.         )      For Any Reasons;
22          Defendant(s)             )  (6) (Proposed) Order For Emer-
                                     )      ency Injunction;
23                                      (7) Declaratory Relief; And,
                                        (8) Injunctive Relief.
24
25                    I. Jurisdiction
26  1. Under 28 U.S.C. Section 1331 (federal question) & Violation
27  of ADA of 1990 & Violatiolation Of Fair Housing Act (42 U.S.
28  C. & U.S. Constitution's Articles (1),(V11),(V111)(1X),(X1V)

                          1

                    EXHIBIT A



*Leisure Village News*
P.O. Box 2264
Camarillo, CA 93011

RETURN SERVICE REQUESTED

PRSRT STD
U.S. Postage
PAID
Oxnard, CA
Permit #759

November, 2009

*************************

Welcome Leisure Village Homeowners to the first edition of the
"Leisure Village News" which is independent of the Leisure Village
Association, Inc.  LVN is an opinion and analysis of LVA operations
based on facts believed true and correct without intent to be malicious.

Our editorial approach will be from a businessman's prospective since
LVA is a business enterprise with a yearly budget of over $10 Million.
This budget needs close scrutiny by every homeowner.

Lets us begin with a wonderful fact. <u>Life is good in Leisure Village!!</u>
That's the purpose of the LVN to maintain and enhance our good life in
the LVA with suggestions and solutions to existing and potential future
problems in a constructive result.

The administration and Board must follow sound business and financial
principals.  Members of the Board are held personally responsible and
accountable for any violations of CC&Rs and ByLaws as well as the
Davis-Stirling Act.

Our editorial input comes from contributors within the Village, who
interface with others which are the "silent majority" that do keep an
eye on LVA issues but do not have enough salient resources to form
opinions and make sound judgements.  "The Village Voice" a LVA in house
official publication and "Inside Leisure Village" a Ventura Star for
profit publication and our monthly LVA Open Board Meetings are vanilla
affairs that offer little give and take, sparse critical thinking if
any and seem to be packaged for easy and quick Village acceptance.
Therefore, the "Leisure Village News" is needed to fill that void.

The long term financial future of the LVA depends on;

1. Current Covenants,Conditions and Restrictions, and By-Laws are
   invalid and unenforceable and must be redressed since the electoral
   process violated prior standing CC&Rs and By-Laws by using members
   of the Emergency Services Committee (now called Emergency Prepared-
   ness) to go door to door to solicit a yes vote for a Restatement.
   Did you know that Article IX, Section 4 of CC&Rs states, "Any
   officer maybe removed from office with or without cause by the
   Board"?  Any member of the Board as an officer that protests the
   Board's violations of the CC&Rs and ByLaws and the Davis-Stirling
   Act will be subject to being "removed" by the Board.

1

*EXHIBIT A*

2. Current qualification for candidates for election to Board, Rule (f) is invalid since in violation of recent Civil Code 1363.03, "A nomination or election procedure shall not be deemed reasonable if it disallows any member of the association from nominating him-self or herself for election to the Board of Directors", of a HOA. The Board can not make up rules keeping any member from putting their name on the ballot or from participating in LVA Candidates Nite. The Los Angeles Superior court-judge ruled that Palos Verdes HOA can not hold Board elections when the ballot omits the name of a homeowner, who wants to run for a seat on the Board. The Board of the LVA was sent this information and now must obey the law in this regards.

3. Currently, LVA has about $2.4 Million in bank accounts which are not covered under FDIC but insured by a private bonding company that is subject to bankruptcy which will tie up LVA funds in any bankruptcy procedure. This puts the LVA at high financial risk and is not in compliance with the intent of the Davis-Stirling Act. All LVA bank accounts must be under coverage by only the FDIC which is not difficult or expensive to do which the LVA Finance Committee & its liaison LVA, Board, Treasurer should be able to handle via brokerage accounts and internal banking transfers for any particular bank account especially operating funds.

4. Assessments can be reduced 10% but Board must permit access to all bookeeping records in order to support this contention which Board refuses to do after being requested for this inspection. Additional revenue can be generated without dipping into the pockets of Home-owners something in the range of $200,000+ along the lines of how AARP does it and our LVA phone directory does. The "Voice Voice" can take advertisements from companys that want to sell their goods and services to homeowners and residents, and LVTV like PBS can accept donor contributions from company sponors, who want their name before viewers. There's lot of methods to explore and develop in generating this "additional revenue". Any reduction in assess-ments will not reduce services to homeowner or residents. Mainten-ance will remain a high priority as will Security & Safety. New advances in reducing electricity and clonement of a grass with less thirst for water will contribute to reducing assessments after their costs kicked-in. LVA legal vendors-fees of $90,000 are too much and salaries must be reviewed and any over-staffing redressed and current 12% increase in last year's employee insurance will be unsustainable unless President Obama's health coverage is enacted into law which will benefit LVA & its employees, who deserve health insurance coverage. Afterall, our employees are assets to the LVA.

5. Earthquake insurance must be restored for $15 Million coverage which in concert with homeowner's $50,000 loss assessment insurance policy will make rebuilding possible, otherwise, all home equity will be wiped out entirely unless promoters-land development--come-in and pay pennies on the dollar for LVA properties.

6. A better way to vote for your most favorite candidate for the Board would be just vote for only one person on the ballot instead of two-three which insure specifically which candidate got the most votes and your choice may be one of them and the count will come out the with the same basic results as currently done. Otherwise, your candidate could lose by just one vote by voting for two or more at one time.

2

EXHIBIT A



*Leisure Village News*
*P.O. Box 2254*
*Camarillo, CA 93011*

June 2015

Leisure Village News is an OPINION & ANALYSIS publication of Leisure Village Association, Inc., independent of the LVA, and provides facts not found in the Village Voice or elsewhere. What is published are documented facts, believed true and correct, without malicious intent. When only one side of a story is given to members of the LVA, then LVN will provide the other side.

Here is the other side of the story, especially the questionable, fraudulent practices engaged in as follows:

LVN's May 2014 edition addressed a legal action that, in essence, claims that a "member" has violated the current LVA governing documents (CC&Rs). The Board – **Linda Grant**, **Robert Riveles**, **Theodore Lansing**, **John Mayer**, **Rita Linsey** – and its legal vendors – **Jeffrey A. Beaumont**, **Larry F. Gitlin**, **Lisa A. Tashjian** and **Tara Radley** of the law firm **Beaumont Gitlin Tashjian** – have filed a lawsuit without merit, which is an abuse of process, and a bogus and malicious prosecution against an LVA "member" of 28+ years. The court in judicial error issued a Temporary Restraining Order (TRO) against this "member" based on heresay. The CC&Rs & ByLaws are invalid, being ambiguous and a defective election process. That lawsuit is also based on perjury, obstruction of justice, and the appearance of civil RICO and patterns of racketeering, libel and slander. The State Bar of California has evidence of **Beaumont's** pattern of violations of the Rules of Professional Conduct and the State Bar Act, especially his extortion methods. The Declarations of **Robert Scheaffer**, LVA General Manager, and of **Denise D. Sutton**, employed by **Tolman & Wiker Insurance Services** – the Board's insurance vendor – were perjurious statements, and false and misleading statements to the court constituting an obstruction of justice.

The Board, **Beaumont** and a small clique are inciting unjust resentment and hatred against this "member" when this "member" exercised good conscience and due diligence in LVA matters. This lawsuit is a retaliation against this "member" for this "member's" concern about Board members that engage in unlawful activities to cover-up their fiduciary failure to correct legitimate defective conditions, especially current invalid LVA governing documents. **Beaumont** received about $36,000+ in legal fees for current governing documents. If the Board had to pay out of their own pockets do you think for one second that they would bring this kind of lawsuit against this "member". The LVA election processes were rigged; the nominating committee and Candidates Nite are still rigged. It is meaningless to vote for a candidate when that elected candidate can then be removed by the Board without any reason. About 65% of eligible voters do not vote, which makes about less than 35% of eligible voters electing Board members. LVA election process is in violation of a Superior Court ruling against any rules that impede a candidate's ability to have their name on the ballot without a nominating committee endorsement or via petition. Public statements made at Open Board Meeting and published in Village Voice, and sent via U.S. mail by **Grant** and **Beaumont**, were hate-mongering tactics against this "member" to suppress existing defective conditions created by past and current Boards and its dishonest legal and insurance vendors. **Grant**, current President of LVA, has a pattern of hate-mongering and violation of the CC&Rs that is public record. **Beaumont** has the same hate-mongering pattern.

On May 27, 2015, there was a VCSC Mandatory Settlement Conference for this "member" and the Board. Unfortunately, the Board refused a very generous out of court settlement. The court appointed settlement officer, VCSC Judge Frederick Bysshe, informed this "member" that he was a person of integrity, while Bysshe chastised **Beaumont** for illegal writing in his Brief. Now this case is scheduled for a jury trial on November 2, 2015, VCSC Case #56-2013-00444977-CU-BC-VTA, Leisure Village Association vs. Robert Kulick (this "member"). Any member can go to the court records department to review this case file, which is not the version that the Board and **Beaumont** falsely allege.

*EXHIBIT A*



7. On Candidates Nite questions must be read with the questioner's name revealed which is the appropriate forum in such an important election process. The Moderator must be unbias which has not been the case especially in the last Candidates Nite which LVA video-LVTV tapping will confirm and this Moderator must be replaced for next May/10 Candidates Nite.

8. Candidates for election to Board must provide validation of their qualifications to homeowners not just self-validate qualifications on a voluntary basis which only one candidate did directly to the Board and Nominating Committee in the history of the LVA. That candidate was Robert Kulick V38, who received 22% of the votes cast in 6/09 election & prior 6/07 election received 11% of votes cast as only a Write-In-Candidate and is the senior editor of the LVN and a long time Homeowner-22 years of a 30 year LVA family owned propery and Village resident and retired Principal·A  Managing Director & President of a national business company and other business enterprises which were listed in 6/09 qualifications-election to Board.

Well, the above will give you something to think about and LVN looks forward to your comments and any ideas, opinions and suggestions you may have to "maintain and enhance our good life in the LVA" especially solutions to "existing and potential future problems".

LVN accepts voluntary gift contributions to help pay for its costs to publish. Any reader, who wants to have a written reply from LVN on any particular matter must provide a stamped, self-addressed reply envelope to keep LVN mailing costs down for this reply.

The current recession and high unemployment and its causes has fundamently changed our banking institutions and financial services industries and automobile companys. How many LVA homeowners and residents are directly affected is not known especially by mortgage & home equity loans.  It may be beneficial to have demographic study of homeowners and residents in this regards and to know current status of residents age and income. This study would be designed to protect the identity of the individuals.

Another matter of concern is the tendency of the Board to accumulate power to LVA management and Board of Directors.  This tendency is not uncommon and found at all levels of governance, from local boys and/or girls soccer league to the highest levels of corporate and electoral management.

Robert Kulick, V38, has been requested again by a significant number of homeowners to run again for the Board in the next 6/10 election.  He has notified the Board under Civil Code 1363.03 that his name be placed on that ballot & be included on Candidates Nite in May '10 which the Board is now mandated ·· to do under current law.  He needs your vote and when elected will best serve the interests of all homeowners and residents and keep an eagle eye on keeping our "good life in Leisure Village" by maintaining and enhancing it from a businessman's prospective.

We at LVN trust you enjoyed reading our first edition. You found it worth your valuable time to read &--benefit from the information provided to you. God bless our country and the homeowners and residents of Leisure Village.

*EXHIBIT  A*

Thus far, not including **Beaumont's** legal fees and costs for that Mandatory Settlement Conference and its Brief were "at least $35,000 and counting." Should the Board prevail, this case will go into the Appeal process and, if necessary, as far as the U.S. Supreme Court to protect seniors nationwide in senior retirement communities from dishonest Board of Directors and their dishonest legal and insurance vendors. When this "member" sought the California Office of Attorney General about LVA's Board, he was informed that the CA Office of Attorney General was given no law enforcement powers in the Davis-Stirling Act by the legislators, and to go to local D.A. But, the VC D.A. does not get involved in disputes within a senior retirement community. Those Boards refused to respond, and stonewalled in a pattern of violations of the Davis-Stirling Act that has been well documented. So, now what's ahead are a lot of litigation expenses that could generate in the millions of dollars and may necessitate special assessments. There is also the possibility that because of their ill-actions in this current litigation, the Board may be forced to put the LVA into bankruptcy. **Grant** violated the rules of Candidates Nite by making personal attacks on this "member", and she admits to having a "big mouth". Her former husband, while they were still married, was found by the State Bar, CA of practicing law without a license, and did so from their residence in LVA.

**Grant**, in cahoots with her then husband, Arnold Grant, had a letter sent to this "member" with threats against him, amongst other things, which are public record. This "member's" experience(s) with **Grant** has found her to be a degenerate liar and cheat. The Board refused to take any disciplinary actions against them in using their LVA residence for business purposes, and for **Grant's** violation of the rules of conduct on Candidate Nite. There were other violations by members of the Board and members that the Board refused to enforce any violation of the CC&R, which is a double standard. When a member expresses some concerns about how the LVA is run, that member is told "if you don't like it here, why don't you move?" That's easy to say, but for most members, who are not in the best of health and maybe a financial hardship, it's not easy to up and move. The Boards have a small clique of supporters who get projects to benefit themselves, which most members don't participate in. Significant assessments are wasted in maintenance and the running of LVA operations. The Board created the most serious insurance coverage situation and has blamed this "member" for it. This "member" had every right to contact the insurance carrier about this situation, and the CA Department of Insurance found the insurance carrier in violation of their rules.

So, one must be patient and non-judgemental before all of this story has been revealed. Otherwise, this lynch mob mentality will continue to exist, spreading like a cancer. One should not jump to rash, emotional judgements based on what **Grant** and **Beaumont**, Board members **Riveles, Lansing, Mayer** and **Linsey**, or this small clique have said about this "member".

The LVN very much appreciated the donations made by members to help support the cost to publish the Leisure Village News. The LVA is a great place to live and enjoy the good life, just as long as you don't voice any questionable legitimate concerns of wrongdoing by the Board and just pay your assessments.

God bless our country and the Village.

Joe Byrne, Editor

EXHIBIT A

April 24, 2019: This letter is an opinion based on facts believed to be true and correct and without intent to be malicious to anyone. With updated facts from my letters of 8-8-18, 6-15-18 & 2-11-19.

To Owners: RE: Leisure Village Association, 3-14-19 Beaumont Tashjian Letter.

1. VCSC, Case#56-2013 444977, LVA v. Kulick was the basis for U.S. Supreme Court Case #18-6743 which had in it evidence in support that the jury verdict against Kulick in Case #444977, was the result of a bias by trail judge (Vincent O'Neill), & perjury and obstruction of justice by witnesses (**Linda J. Grant, Robert Schaeffer & Denise D. Sutton**), anti-Semitism against Mrs. Kulick (Tini), a Holocaust survivor, by attorneys (**Jeffrey A. Beaumont & Tara Radley**) who were aided and abetted by LVA's General Manager (**Robert Schaeffer**), a violation of CA Dept. of Insurance regulations by LVA's insurance carrier (PIIC) and perjury and obstruction of justice by attorney **Tara Radley**. O'Neill's initial acceptance of hearsay evidence poisoned the well against Kulick. The appeals court concluded LVA's attorneys fees were not warranted, however O'Neill had the discretion to award them which was not appealed. Because the CA Supreme Court denied a hearing, this state case was moved into the federal courts as far as the U.S. Supreme Court for a definitive conclusion. When the U.S. Supreme Court denies a hearing, it's not based on whether a case has merit. All of the foregoing is public record. Any court awards (judgements) will be paid. Case #444977 was in retaliation and to force Kulick from publishing the Leisure Village News, which addressed the correction of existing defective operating conditions within the LVA. Kulick refused to rollover and decided to defend himself which unfortunately resulted in a miscarriage of justice against him. At all times Kulick acted in good conscience and felt absolutely this was the right thing to do. The two voluntary bankruptcies were Chapter 13 to pay off on a monthly basis all judgements (court awards) that kept mounting against him. Each was voluntarily dismissed.

2. VCSC Case 56-2016 478277, Kulick v. LVA, **Robert Schaeffer** (current LVA General Mgr.), **Linda J. Grant** (past LVA BOD), **Robert Riveles/Theodore Lansing/Charles Kiskaden** (current LVA BOD), **Patrick Price/John Mayer/Donald Marquardt/Rita Linsey/Gerald Rosen** (past LVA BOD), Robert Ellis (deceased past LVA BOD), **Jeffrey A. Beaumont** (current LVA attorney of record), **Larry F. Gitlin** (was LVA attorney of record with Beaumont Gitlin & Tashjian), **Lisa A. Tashjian/Tara Radley** (current LVA attorneys of record with Beaumont Gitlin Tashjian now Beaumont Tashjian); is now U.S. Supreme Court Case #18-6907 which will determine whether Defamation will be returned to the trial court for re-trial. If so, then any attorneys fees awarded (judgements) would be denied. The pending court trail for Declaratory Relief & Injunction, has attorneys fees and cost to be awarded to the prevailing party which are already very considerable before this court trial scheduled for 9-16-19. A prior tentative ruling by this trial court has given Kulick a basis for prevailing in Declaratory Relief & Injunction. This matter in part has to do with the Leisure Village News not being an anonymous newsletter, especially when it was known as early as 2009 that Kulick was the owner of the Leisure Village News. The Board knew this at that time & LVA's attorneys (**Jeffrey Beaumont & Tara Radley**) had proof of this fact yet went ahead with a number of letters to all owners of the LVA that it had been "ascertained the identity of the author/publisher"(last letter dated 7-6-15). If the author/publisher was known to them, how could it be "an anonymous newsletter"? That's the kind of deception given all owners by these attorneys (**Jeffrey A. Beaumont & Tara Radley**).

3. The reason why LVA's insurance carriers will not cover LVA's litigation or provide a defense against Kulick is because the Board would not address defective operating conditions presented by Kulick. All of this litigation could have been avoided if the Board had properly addressed Kulick's concerns.

4. LVA's elections are rigged & only a small clique of homeowners support the Board. About 35% of eligible homeowners vote while the other 65% silent majority does not. This tyranny of a minority rules over this silent majority. This "clique" gets special projects approved by the Board members they elect in an election which most homeowners did not participate.

5. A forthcoming book, *The Leisure Village Story*, has included in it all the State & Federal cases. Still pending are the results of court trial in Case #478277 and pending litigation against LVA, et al (extensive # of defendants) for federal housing discrimination including elderly abuse & anti-Semitism. This is to inform seniors, on a nationwide basis, that when they enter senior retirement communities (HOA) they contract away, via CC&Rs, their individual rights & equality to a Board (and it's legal and insurance representatives) that may turn out to be (like LVA's) corrupt.

6. LVA's pending vote on proposed changes to it's CC&Rs gives homeowners an opportunity to decide whether or not those changes will happen by either not giving the necessary quorum, or voting to reject these changes.

I will always love the Village with all my heart & soul and most Owners & Residents are very fine & decent law-abiding persons. God bless our country & God bless our Village.

R. J. Kulick, Owner of LVA property 32+ years, of a family owned LVA property 40+ years.

EXHIBIT A

Note: correction
                    al/
    7-15-10   Person/Attn:/Confidential via fax

    Fax to: Ronald George, Chief Justice/Chair, CA Judicial Council
    From: R.J. Kulick, 9601 Wilshire Bl., Ste. 638, Beverly Hills, CA 90210

    Dear Mr. George:

    Today, read in LAT that you've decided to retire as Chief Justice, & wish
    to express to you, mypersonal thanks for the service you have rendered in
    our judicial system.

    Whenever, I wrote to you, it was always in your capacity as Administrative
    Chief of the Judicial Council, in matters pertaining to that function.
    Especially, since you personally acted in that capacity in writing to the
    State of N.Y. about CA having jurisdiction*in a certain  financial
    industry matter.  And, your taking over the State Bar, CA when it became
    in essence dysfunctional & scandalous.

    After, hearing you speak at the S.F. Commonwealth Club many years ago, I
    wrote about how I was impressed with your astute views of the shortcomings
    that exist in our judicial system starting at the law school level. I
    did receive a reply for you by Wm. Vickrey, your Administrative Dir. of
    the court in which he expressed your thanks for my letter to you.

    Unfortunately, as you know, my position on the profession of law as
    practiced today in my experience, I found it amuck with racketeers,
    extortists, parasites & predators, who prey upon society as attorneys at
    law--breed-polluting our judicial system with liars & cheats. In this
    regards judicial officers of the court like you are our best guard against
    these judicial low lifes & moving forward based on the political realitys
    how are judges are appointed these low life creep in.  Not a pretty
    picture. Our county courts need a lot of Council oversite moving forward.

    Like most Americans, I cherish our U.S. Constitution & Bill of Rights &
    everythingthese precious documents provides us, even though there are
    those among us, who undermine what these documents stand for, we must be
    viligant in safeguarding as you have demonstratedg as an honorable justice.

    We both attended Beverly Hills High School, & your were my junior there.
    It was a time of a somewhat golden age in those days at Beverly, so we
    had the best of all worlds there.  Our morals & ethics at that time were
    meaningful & very much practiced by most of us.  But, today, sadly our
    youth in a significant degree act in such a way that lying & cheating is
    acceptable pointing to the actions of our highest political leaders from
    the President down. And, in turn these youth are taking over the political
    activities that run our society.  As you know, I opposed Nixon while he
    was in office before the smoking gun was discovered in the Watergate
    affair & requested & got back mypolitical contribution for his election
    from the RNC.  Later, Isupported Reagan/Bush elections to get our country
    going again w/no strings attached just get the party together. But, w/
    Clinton's parsing of the word "is" a new/bad example has given cause for
    other(s) to abridge/obstruct judicial permissiveness as being O.K.

    Trust your retirement will be healthy & happy for you & yours.
    God bless, R.J. Kulick          * too

    c: concerned parties

                        EXHIBIT A

**SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP**     0501101466

Patient Name: *Kulick, Robert*

Medical Record:    Date of Birth:    Gender: ☐ Male ☐ Female

Address:

Phone No.:

*Scooter*

*Diagnosis - spinal stenosis*

Prescription is void if more than one
controlled substance prescription is written per blank.

Unless respective space is initialed, a Pharmacist may adjust "Sig" prn and
dispense Pharmacy & Therapeutic Committee approved alternate.
i.e., ____ Generic, ____ Pkg. Size / Qty.,
____ Dosage Form/Strength or ____ Therapeutic Equivalent.

| INITIAL QUANTITY: | INITIAL QUANTITY: | INITIAL As Applicable |
|---|---|---|
| | ☐ 1 - 24 | No Known Allergies |
| | ☐ 25 - 49 | |
| | ☐ 50 - 74 | |
| | ☐ 75 - 100 | |
| | ☐ 101 - 150 | Allergies List on Reverse (optional) |
| | ☐ 151 & over | |
| ☐ No Refills OR # of Refills | REFILL QUANTITY: ☐ 1 - 24 ☐ 25 - 49 ☐ 50 - 74 | Worker's Comp. |
| REFILL QUANTITY: | ☐ 75 - 100 ☐ 101 - 150 ☐ 151 & over | Spanish Label |

☐ DO NOT SUBSTITUTE

BRYAN NEY, M.D.
INTERNAL MEDICINE • (800)954-8000
6041 CADILLAC AVE.
LOS ANGELES, CA 90034
CA LIC NO C-41543 - DEA NO AN-3126605 X *[signature]* 9-23-10
DATE

KP Formulary Code ____ or initial ____ if NE intended     RX-1250 (7-04)

■ THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. 🔒 HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING AUTHENTICITY. ■

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP**     0501101467

Patient Name: *Kulick, Robert*

Medical Record:    Date of Birth:    Gender: ☐ Male ☐ Female

Address:

Phone No.:

*Power Wheelchair*

*Diagnosis - spinal stenosis*

Prescription is void if more than one
controlled substance prescription is written per blank.

Unless respective space is initialed, a Pharmacist may adjust "Sig" prn and
dispense Pharmacy & Therapeutic Committee approved alternate.
i.e., ____ Generic, ____ Pkg. Size / Qty.,
____ Dosage Form/Strength or ____ Therapeutic Equivalent.

| INITIAL QUANTITY: | INITIAL QUANTITY: | INITIAL As Applicable |
|---|---|---|
| | ☐ 1 - 24 | No Known Allergies |
| | ☐ 25 - 49 | |
| | ☐ 50 - 74 | |
| | ☐ 75 - 100 | |
| | ☐ 101 - 150 | Allergies List on Reverse (optional) |
| | ☐ 151 & over | |
| ☐ No Refills OR # of Refills | REFILL QUANTITY: ☐ 1 - 24 ☐ 25 - 49 ☐ 50 - 74 | Worker's Comp. |
| REFILL QUANTITY: | ☐ 75 - 100 ☐ 101 - 150 ☐ 151 & over | Spanish Label |

☐ DO NOT SUBSTITUTE

BRYAN NEY, M.D.
INTERNAL MEDICINE • (800)954-8000
6041 CADILLAC AVE.
LOS ANGELES, CA 90034
CA LIC NO C-41543 - DEA NO AN-3126605 X *[signature]* 9-23-10
DATE

KP Formulary Code ____ or initial ____ if NE intended     RX-1250 (7-04)

■ THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. 🔒 HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING AUTHENTICITY. ■

*EXHIBIT A*

# Courtyard Endodontics

## Gregory Roda DDS

9/14/2021

3801 Las Posas Road #213
Camarillo. California  93010
(805) 389-6554

To whom it may concern:

RJ Kulick has been a patient of record in this office since 2001.
We have seen him periodically to recall and assess the RCT we performed in 2001.
Due to the Covid 19 crisis, we did not see the patient form 2/11/2020 until 7/9/2021.
At this visit RJ noted dental pain.  We brought him back on 9/14/2021 for a radiographic examination.
Our findings today show serious dental issues.
Also when reviewing his medical history, the sleep apnea issues and defective CPAP machine was discussed.  It is important to see what side effects the contaminated CPAP device has caused in Mr. Kulick.
As his dental symptoms are becoming acute, I recommend that he avoid situation/meetings where his dental pain may exacerbate and interfere with his concentration and other decision making issue.

Sincerely

Gregory A. Roda DDS

EXHIBIT A



10/13/2017                                    MR# ███████7558

**Re: Robert J Kulick**
**Po Box 2254**
**Camarillo CA 93011**

To whom it may concern-

Mr. Kulick (███████) has been my patient for about 19 years.   He has
spinal stenosis (a degenerative condition of the spine which impinges on the
spinal cord) which results in a partial paralysis of his legs.  This combined with
his degenerative joint disease requires the constant use of a walker or
wheelchair, thus impairing his ambulation which is a major life activity.
This letter is in support of his request for a parking space without major
obstacles nearby and not too far from the elevator.

                            Bryan Ney, M.D.
                            Internal Medicine
Sincerely,       3782 W. Martin Luther King Jr. Blvd.
                            Los Angeles, CA 90008

BRYAN RAYMOND NEY MD
3782 W. Martin Luther King Jr
Los Angeles CA 90008-2505

EXHIBIT A

# AFTER VISIT SUMMARY

**KAISER PERMANENTE**

**Robert J. Kulick** MRN: ●●●●●7558

📅 9/21/2021 10:10 AM  📍 FAMILY PRACTICE

## What's Next

**SEP 21 2021** **Office Visit with VANESSA GLORIA CABRAL LVN, L.V.N.** Tuesday September 21 11:10 AM

FAMILY PRACTICE
2620 E LAS POSAS RD
CAMARILLO CA
93010-3400
833-574-2273

## Medications

### Visit Medication List

Patient reported, restarted, and new medications relevant to this visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| traMADoL (ULTRAM) 50 mg Oral Tab (Taking) | Take 1 tablet by mouth every 6 hours as needed for pain |
| DiazePAM (VALIUM) 10 mg Oral Tab (Taking) | Take one-half to 1 tablet orally daily as needed for muscle spasms |
| Hydrocortisone Acetate (ANUSOL-HC/ANUCORT-HC) 25 mg Rect Supp (Taking) | Unwrap and insert 1 suppository rectally every 6 hours as needed |
| Allopurinol (ZYLOPRIM) 100 mg Oral Tab (Taking) | Take 1 tablet by mouth daily |
| SUMAtriptan (IMITREX) 50 mg Oral Tab (Taking) | TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE AS DIRECTED |
| Lisinopril (PRINIVIL/ ZESTRIL) 20 mg Oral Tab (Taking) | Take 1 tablet by mouth daily |
| Doxepin (SINEQUAN) 25 mg Oral Cap (Taking) | Take 1 capsule by mouth at bedtime as needed for sleep |
| Tamsulosin (FLOMAX) 0.4 mg Oral Cap (Taking) | Take 1 capsule by mouth daily at bedtime |
| Levothyroxine (LEVOTHROID/ SYNTHROID) 75 mcg Oral Tab (Taking) | Take 1 tablet by mouth daily |

## Today's Visit

You saw GARY TODD LIEB MD, M.D. on Tuesday September 21, 2021. The following issues were addressed:
- HYPERTENSION (HIGH BLOOD PRESSURE)
- MODERATE CHRONIC KIDNEY DISEASE
- HYPOTHYROIDISM (LOW THYROID)
- ATHEROSCLEROSIS OF AORTA
- INCIDENTAL FINDING OF MASS IN THE ADRENAL GLAND
- VACCINATION FOR DIPHTHERIA, TETANUS AND ACELLULAR PERTUSSIS (DTAP)
- DYSLEXIA
- OBSTRUCTIVE SLEEP APNEA
- CPAP EDUCATION

| | |
|---|---|
| 🫀 Blood Pressure **163/86** | 🧍 BMI **31.47** |
| 📏 Height **5' 6"** | 🌡 Temperature (Tympanic) **97.9 °F** |
| ❤️ Pulse **64** | 🫁 Oxygen Saturation **98%** |

### 💉 Immunizations Given

Tdap (ADACEL) (Tetanus, diphtheria, acellular pertussis)

## kp.org Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https:// healthy.kaiserpermanente.org/hconline/ ie/, click "Sign Up Now", and enter your personal activation code: SSZF2-HN2HF. Activation code expires 12/12/2021.

This is confidential information. Do not throw away in a Kaiser Permanente trash can.

EXHIBIT A

# Visit Medication List

Patient reported, restarted, and new medications relevant to this visit. This may not reflect all medications the patient is taking. (continued)

| | Dosage |
|---|---|
| NARCAN 4 mg/actuation Nasl Spray (Taking) | For patient recipient use: Use 1 spray in one nostril and seek immediate emergency medical assistance. If the desired response is not obtained after 2 or 3 minutes, administer second dose using a new device in the other nostril until emergency medical assistance arrives. For emergency use only |
| Finasteride (PROSCAR) 5 mg Oral Tab (Taking) | Take 1 tablet by mouth daily |
| traZODone (DESYREL) 50 mg Oral Tab (Taking) | Take 1 to 2 tablets by mouth at bedtime as needed for sleep |

# New Orders

**Normal Orders This Visit**

CBC NO DIFFERENTIAL [85027 CPT(R)]

CREATININE [82565 CPT(R)]

ELECTROLYTE PANEL (NA, K, CL, CO2) [80051 CPT(R)]

HEMOGLOBIN A1C, SCREENING OR PREDIABETIC MONITORING [83036 CPT(R)]

LIPID PANEL [250613 Custom]

T4, FREE [84439 CPT(R)]

TSH [84443 CPT(R)]

VACC TDAP (ADACEL) [90715 CPT(R)]

Kaiser Permanente, SCPMG: Kulick, Robert J (███████7558)

**Active Problem History (continued)**

BENIGN PROSTATIC HYPERPLASIA (BPH)

OSTEOARTHRITIS

ADULT OBSTRUCTIVE SLEEP APNEA

SPINAL STENOSIS OF LUMBAR REGION

PARAPLEGIA (COMPLETE OR PARTIAL PARALYSIS OF LEGS)

CHRONIC KIDNEY DISEASE, MODERATE

CALCULUS OF KIDNEY (KIDNEY STONE)

ELEVATED PROSTATE SPECIFIC ANTIGEN (PSA) MEASUREMENT

INCOMPLETE BLADDER EMPTYING

SIMPLE CYST OF KIDNEY

ACUTE RENAL FAILURE

HYPOKALEMIA (LOW POTASSIUM LEVEL)

CONSTIPATION

URINARY TRACT INFECTION

CHEST PAIN, NONCARDIAC

ABDOMINAL PAIN

MALAISE AND FATIGUE

HEMATURIA (BLOOD IN URINE)

ATHEROSCLEROSIS OF AORTA

URETHRAL STRICTURE

HYPOTHYROIDISM (LOW THYROID)

INCIDENTAL FINDING OF MASS IN THE ADRENAL GLAND

*EXHIBIT A*

Retax: Camarillo Clinic fax #805-987-6599, not using fax 805-445-4654

8-29-22, fax time not reset:   **Extremely Urgent**

C/o Kaiser fax # for forward to party faxed to below:

Fax to: Gary Lieb, M.D., Kaiser Clinic, Camarillo, CA
From: Robert Kulick, Kaiser MRN███7558

Dear Dr. Lieb:

For a very long time, have been getting my meals home delivered
fromCamarillo Health*District's "home on wheels" because I'm mostly
confined to home because of my severe/chronic medical disabilities.
*care
However, when necessary do drive my auto formedical appts., shopping
& errands. This is mostly very seldom & minimal!!!

Now, "meals on wheels" program needs a note from you to them that states,
that I'm only driving minimally when necessary for medical needs &
shopping & errand needs., otherwise mostly homebound. Without your "note"
will no longer get my"meals" from them. That means I will be unable to
feed myself appropriately & will suffer the consequences. Already at
risksfor Stroke & extreme Sudden Cardiac Death, in my kaiser medical
file. Also, my living costs/restricted & very much limited.
                    extremely/            care/
Please per their request, fax Camarillo Health/District, Attn: "Myra"
with your"note" to be cont'd on their "meals on wheels program!!! If,
for some reason you're unable to fax them, then please write me about
this matter in Ref: providing this "note". Their fax # is 805-482-8957,
attn: "Myra".

Using your/fax #805-445-9247 for this request for your "note".
        Kaiser/

On a pain scale 1 to 10, my pain level is 8, most times in AM & for me
to do anything or go anywhere for anything an extreme, severe & chronic
medical hardship & I'm under ADA of 1990!!!

Thanking you in advance for your cont'd kind medical assistance in this
above matter which is greatly appreciated!!!
Sincerely, Robert Kulick

c: Camarillo Healthcare District, Attn: "Myra" at fax#482-8957 (805)

Please note: In Ref: "Refax", c: "Blair, ext 133, too

EXHIBIT A

 **KAISER PERMANENTE**

6/7/2022

**Re: Robert J Kulick**
**Po Box 2254**
**Camarillo CA 93011**

To whom it may concern

Mr. Kulick (⬛⬛⬛⬛⬛) has spinal stenosis (a degenerative condition of the spine which impinges on the spinal cord) which results in a partial paralysis of his legs. This combined with his degenerative joint disease requires the constant use of a walker or wheelchair, thus impairing his ambulation which is a major life activity. This letter is in support of his request for a parking space without major obstacles nearby and not too far from the elevator.

Sincerely,

**GARY TODD LIEB MD**

This information has been disclosed to you from records whose confidentiality is protected by Federal law. Federal regulations prohibit you from making any further disclosure without the specific written consent of the person to whom it pertains, or is otherwise permitted by such regulations.

EXHIBIT A

# DEPARTMENT OF MOTOR VEHICLES

## DISABLED PERSON
## PLACARD IDENTIFICATION
## CARD/RECEIPT

**PLACARD NUMBER:** ▓▓752D

**EXPIRES:** 06/30/2025

**DATE ISSUED:** 02/23/2023

This identification card or facsimile copy is to be carried by the placard owner. Present it to any peace officer upon demand. Immediately notify DMV by mail of any change of address. When parking, hang the placard from the rear view mirror, remove it from the mirror when driving.

**TYPE:** N1         **TV:** 92         **CO:** 56

**DOB:** ▓▓▓▓▓▓

### ISSUED TO

KULICK R J
PO BX 2254

CAMARILLO      CA 93011

### Purchase of fuel
### (Business & Professions Code 13660):

* State law requires service stations to refuel a disabled person's vehicle at self-service rates, except self-service facilities with only one cashier.

### When your placard is properly displayed, you may park in or on:

* Disabled person parking spaces (blue zones)
* Street metered zones without paying.
* Green zones without restrictions to time limits.
* Streets where preferential parking privileges are given to residents and merchants.

### You may not park in or on:

* Red, Yellow, White or Tow Away Zones.
* Crosshatch marked spaces next to disabled person parking spaces.

### It is considered misuse to:

* Display a placard unless the disabled owner is being transported.
* Display a placard which has been cancelled or revoked.
* Loan your placard to anyone, including family members.

Misuse is a misdemeanor (section 4461VC) and can result in cancellation or revocation of the placard, loss of parking privileges, and/or fines.

025
DPP00B Rev14

EXHIBIT A

## Prioritization Criteria for Home-Delivered Meals (Ventura County)

| | |
|---|---|
| Robert Kulick | 310 - 474 - 1848 |
| **Client Name** | **Phone** |
| 38122 Village 38 | Camarillo, CA 93012 |
| **Delivery Address** | **City & Zip** |
| 9/13/23 | |
| **Assessment Date** | **Emergency Contact Name & Phone** |

**Notes:** (Clients can be reassessed as needed)

How long has the senior been on a waiting list and how are they getting their meals now?

The following criteria shall be applied *after* the senior has already been assessed for home-delivered meals and determined eligible. The points assigned to each critical priority can help the provider determine who has the most need for a home-delivered meal when there are limited meals available.

**Instructions:** Each answer in the center column has a point value assigned to it. Check the appropriate box in the center column and then write the corresponding points in the right hand column. Total the points at the bottom of the table. The higher the total points, the greater the priority.

| Critical Priorities | | Points |
|---|---|---|
| Recent Hospital Discharge | Yes (1) ☐   No (0) ☒   Date of Discharge: | |
| APS Referral | Yes (1) ☐   No (0) ☐   Date of Referral: | |
| Lives Alone | Yes (1) ☐   No (0) ☒ | |
| Able to receive meals at the door | Yes (0) ☒   No (1) ☐ | |
| Caregiver | Yes (0) ☐   No (1) ☒ | |
| Family/friends nearby that can assist with meal prep | Yes (0) ☐   No (1) ☒ | |
| Age (80+) | 80 – 90+   ☐ (2) | |
| Age (79 and below) | 60 – 79   ☐ (0) | |
| Function | ADL Score > 5 (Frail) (2) | |
| Function | ADL Score < 5 (0) | |
| Nutritional Risk | High (2) | |
| Nutritional Risk | Moderate (1) | |
| | **Total Points:** | |

| |
|---|
| Name of staff completing this form: April Colbert |
| Date of most recent assessment: 9/13/23 |
| Status of service: In home |

*EXHIBIT A*

Senior Nutrition Program HOME-DELIVERED Meals (C2) – Client Intake Form FY2023-2024

**COUNTY OF VENTURA** Area Agency on Aging

CONFIDENTIAL

| Nutritional Assessment of Applicant: | | Check All That Apply: |
|---|---|---|
| I have an illness or condition that made me change the kind and/or amount of food I eat. | (2pts) | ☒ |
| I eat fewer than 2 meals per day. | (3pts) | ☐ |
| I eat few fruits or vegetables or milk products. | (2pts) | ☐ |
| I have 3 or more drinks of beer, liquor or wine almost every day. | (2pts) | ☐ |
| I have tooth or mouth problems that make it hard for me to eat. | (2pts) | ☐ |
| I don't always have enough money to buy the food I need. | (4pts) | ☐ |
| I eat alone most of the time. | (1pt) | ☐ |
| I take 3 or more different prescribed or over-the-counter drugs a day. | (1pt) | ☒ |
| Without wanting to, I have lost or gained 10 pounds in the last 6 months. | (2pts) | ☐ |
| I am not always physically able to shop, cook and/or feed myself. | (2pts) | ☒ |
| | Decline to State: | ☐ |
| (If equal to or greater than 6, the client is at high nutritional risk→) | Total Score: | 5 |

### CALIFORNIA ACTIVITIES & INSTRUMENTAL ACTIVITIES (IADLS) OF DAILY LIVING (ADLS)
Please Check (✓) One of the Columns for Each Activity

| | TYPE OF ASSISTANCE CARE RECEIVER NEEDS TO PERFORM TASK → | 1 INDEPENDENT Needs No Help | 2 VERBAL QUE Needs verbal reminders | 3 STAND BY Needs some human help | 4 HANDS ON Needs lots of human help | 5 DEPENDENT Cannot perform task | Decline to State |
|---|---|---|---|---|---|---|---|
| **A D L S** | Eating | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Dressing | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Transferring In/Out of Bed/Chair | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Bathing | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Toileting | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Walking | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **I A D L S** | Light Housework | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| | Shopping/Errands need assistance | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ |
| | Meal Prep/Cleanup | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Transportation See Dr note | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Using Telephone | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| | Managing Medications | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Managing Money | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Heavy Housework | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| Applicant is: ☐ Blind ☐ Deaf | Applicant uses: ☒ Walker ☒ Wheelchair ☒ Cane |
|---|---|
| | Scooter |

I understand that the information I am providing on this form is for registration purposes. I understand it will be kept confidential and that the Area Agency on Aging and service providers may use it to help identify other services for which I may benefit.

_____
Applicant's Signature

### DO NOT WRITE IN THIS BOX – OFFICIAL USE ONLY

| Client Q Database/Unique Participant ID Number: | ☐ Senior    ☐ Spouse    ☐ Non-Senior Disabled |
|---|---|
| Reviewed by:    ☐ Staff    ☐ Volunteer | Type of Meals:  ☐ Hot ☐ Frozen |

EXHIBIT A



R.J, KULICK
POB 2254
Camarillo, CA 93011
Via USPS, Certificate of
mailing, RE: # 9046,
for deposit 11-1-23;
NO EFT (any) checks
must go directly to bank
for bank images, see
12/19 + 11/20, 2012 faxes to
LVA, Attn: BOD, see 11-23-22
fax to LVA, Attn: Carol
Henderson, et al,

c: file

Return Service Requested



Leisure Village Association, Inc.
200 Leisure Village Dr.
Camarillo, CA 93012

EXHIBIT A

(Proposed) Order For Emergency Injunction

On the basis of all the abundance of evidence in support given this Court, the Defendant(s) have engaged in a "pattern" of violations". There is NO doubt that this case matter is a life & death probability for Kulick. As well as, the "probability of injury to Kulick too. The          'Clause(s) of Action(s) are the contributing prevailing factual evidence as REASONS for this Court to grant this "(Proposed) Order For Emergency Injunction". And, to do so in post-haste. It would be cruel & unusuable punishment to permit any Court to put Kulick into a probable homeless situation. This is to be avoided by granting this "Order". Kulick's severe & chronic medical hardships: suffering under ADA, stroke, Sudden Cardiac Death & Dyslexia-conditions, will not be able to deal with. It would further be an extreme painful, torture upon him while in this kind of situation. That too will be avoided by granting this "Order", This "Order" will stop any foreclosure on his 38122 home property. This will also stop the execution of two liens on that property. One lien is for $504,965.00 & the other for $7,185.00. Each of these liens has a 10% simple interest annually on them. They were for opposing attorneys fees, still a most questionable award(s) which the Defendant(s) NOW HAVE A hand-in with Unconstitutional basis. Which was not the "original intent" of the Constitution. They were outside of, not making amendments to the Constitution without ratification processes to establish new laws under the Constitution. Those two liens came from Case#56-2016-00478277-CU-DF-VTA. The foregoing will be avoided by granting this "Order". This Court has the power to provide Kulick with any other relief(s), it deems proper and just.

IT IS SO ORDERED

Dated:                          Signed:

PROOF OF SERVICE VIA U.S. Mail Priority with
                                        Tracking #(s)

State of California     }

County of Ventura       }     ss.

I am a resident of the County of Ventura. I am over the age of
eighteen years. My address 38122 Village 38, Camarillo, CA 93012

On 12-22-23, I served the within: USDC, Central District of CA,
For Eight Cause of Actions Of ComplaintAgainst Defendant(s).
Submission-signed/dated on 12-22 23 by R.J. Kulick in Pro Per

on the interested parties in this action, as follows:  For:

James Murchie, et al, as designated on Certification And Notice
              Of Interested Parties, as follows:
Marlynn Block, Richard Loomis, Ruth Stubba, Charles Kiskaden,
Christi Moore, Leisure Village Assciation, Inc., Jeffrey A.
Beaumont, Lisa A. Tashjian, Tara Radley, Beaumont Tashjian, at:
200 Leisure Dr. Camarillo, CA 93012

I declare under penalty of perjury that the foregoing is true &
correct.

Dated at Camarillo, CA on    12-22-23

                                        R.J. Kulick in Pro Per

12-22-23,   **Via U.S. Mail-Priority**

To: Ms. Kiry K. Gray
    Clerk/Executive, Office of Clerk
    U.S. Districy Court, Central District of CA
    255 East Temple St., Room 180
    L.A. CA 90012

From: R.J. Kulick in Pro Per, 38122 Village 38, Camarillo, CA 93012,
                                 310-474-1848

Dear Ms. Gray:   RE: Ck#5030, Complaint's filing fee, James Murchie,
                                                              et al:

Please mail back a court stamped conformed court filing date on
copy enclosed with case #, in enclosed stamped, self-addressed
reply envelope.

Do NOT have a computer nor know how to use one & have a lot of
medical hardships. Do to anything or going anywhere extreme
hardship, elderly elderly senior person & with Dyslexia condition.

Greatly appreciate whatever kind assistance you are able to
provide my for my court needs. Look forward to your earliest
written reply/status.

Sincerely, R.J. Kulick in Pro Per

encl:

012883

---

316-474-1848

**LEISURE VILLAGE NEWS**
PO BOX 2254
CAMARILLO, CA 93011-2254

90-3582-1222                      5030

DATE  12-22-23

PAY TO THE ORDER OF   Clerk, U.S. District Court    | $402.00*

Four hundred two & no cents                         DOLLARS

**us bank.** All of us serving you™

MEMO  filing fee Complaint for James Murchie, et al, c:file

⑆122235821⑆  153466841647⑆ 5030

*Retail*



U.S. POSTAGE PAID
PM
CAMARILLO, CA 93010
DEC 22, 2023


how2recycle.info
PLASTIC BAG

90012

**$9.35**

**PRIO**
**M A**

RDC 03     0 Lb 4.80 Oz     R2305P151574-6

**PRIORITY**
**★ MAIL ★**


**UNITED STATES**
**POSTAL SERVICE ®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:   R.J. KULICK
in Pro Per
38122 Village 58
Camarillo, CA 93012

TO: Ms. Kiry K. Gray
Clerk/Executive, Office of Clerk
USDC, Central District of CA
255 East Temple St., Room 180
L.A, CA 90012

CLERK U.S. DISTRICT COURT
DEC 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14 © U.S. Postal Service; July 2022; All rights reserved.

DuPont™ Tyvek®
Protect What's inside.™

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE