JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. KULICK,<br>    Plaintiff,<br><br>        v.<br><br>JAMES MURCHIE, et al.,<br>    Defendants. | 2:23-cv-10915-DSF-PVCx<br><br>JUDGMENT |

    The Court having issued an order to show cause re dismissal for lack of prosecution and Plaintiff having failed to provide an adequate explanation for his failure to serve Defendants within the time allowed by the Federal Rules of Civil Procedure,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: June 20, 2024

                                                Dale S. Fischer<br>                                                United States District Judge